JOHN R. HARDIN et al., as Trustees under the Will of OSCAR KEEN, Deceased, Respondents, *v.* GEORGE H. ROBINSON et al., Appellants.

*Hardin* v. *Robinson*, 178 App. Div. 724, affirmed.

(Argued April 2, 1918; decided April 23, 1918.)

APPEAL from a judgment, entered February 5, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon the report of a referee and directing judgment in favor of the plaintiffs in an action for an accounting. The complaint alleged that plaintiffs' decedent, Oscar Keen, and the three defendants entered into a joint venture for the sale of the Baldwin Locomotive Works, it being agreed that the commissions should be divided between them; that before the final consummation of their plans, the defendants, acting together secretly and without consulting Keen, attempted to terminate the joint adventure and exclude him from his share in its profits according to their agreements. Afterwards they resumed the negotiations without his assistance, and eventually received $175,000 in commissions, which they proposed to divide among themselves to the exclusion of their partner. The referee found all the facts in plaintiffs' favor, except those relating to the termination of the joint adventure and the question of defendants' good faith, which were found in favor of the defendants. The

Appellate Division adopted all the referee's findings except those relating to the termination of the joint adventure and the good faith of the defendants. These were modified, so that they now determine that the joint adventure was intended by the parties to continue until its object had been accomplished, and that the attempt of the defendants to terminate it without the consent of Keen was not in good faith.

*Louis Marshall, Chester A. Jayne* and *John T. McGovern* for appellants.

*Elbridge L. Adams* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND and CRANE, JJ. Dissenting: CARDOZO, MCLAUGHLIN and ANDREWS, JJ.